```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
HAIRU MA.,                                                        :
                                                                  :
                              Plaintiff,                          :
                                                                  :            22-CV-10784 (JMF)
              -v-                                                 :
                                                                  :                ORDER
THE INDIVIDUALS, CORPORATIONS, LIMITED                            :
LIABILITY COMPANIES, PARTNERSHIPS, AND                            :
UNINCORPORATED ASSOCIATIONS IDENTIFIED                            :
ON SCHEDULE A HERETO,                                             :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On December 21, 2022, Plaintiff filed a Complaint, a motion for leave to file the case under seal, and an *ex parte* motion seeking entry of a Temporary Restraining Order. *See* ECF Nos. 1, 3, 4. On December 23, 2022, the case was reassigned to the undersigned.

It is hereby ORDERED that Plaintiff shall appear for a conference with the Court on **January 4, 2023**, at **3:15 p.m.** Plaintiff should be prepared to discuss the following:

- Whether the allegations in the Complaint are sufficient for the Court to exercise personal jurisdiction over Defendants. *See, e.g.*, *Spin Master Ltd. v. 158*, 463 F. Supp. 3d 348 (S.D.N.Y. 2020).

- Whether there is a basis for granting a temporary restraining order without notice to Defendants, including whether Plaintiff has demonstrated the "immediate and irreparable injury, loss, or damage." Fed. R. Civ. P. 65(b)(1).

- Whether Plaintiff has demonstrated a likelihood of success on the merits.

The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. Plaintiff should join the conference by calling the Court's dedicated conference line at

(888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

    SO ORDERED.

Dated: December 27, 2022  
       New York, New York

                                                JESSE M. FURMAN  
                                                United States District Judge