UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
HAIRU MA.,                                                           :
                                                                     :
                        Plaintiff,                                   :
                                                                     :      22-CV-10784 (JMF)
        -v-                                                          :
                                                                     :      ORDER
THE INDIVIDUALS, CORPORATIONS, LIMITED                               :
LIABILITY COMPANIES, PARTNERSHIPS, AND                               :
UNINCORPORATED ASSOCIATIONS IDENTIFIED                               :
ON SCHEDULE A TO THE COMPLAINT,                                      :
                                                                     :
                        Defendants.                                  :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On December 21, 2022, Plaintiff moved to file certain documents under seal. *See* ECF No. 3. In its filings, however, Plaintiff filed documents under seal that were meant to be filed publicly and filed documents publicly that were meant to be filed under seal.

       Plaintiff's motion is GRANTED. To conform the docket to the motion, however, the Clerk of Court is directed to **unseal** ECF Nos. 3-10, 12, 15-16, 17-main, and 18-main. (To be clear: In the case of ECF Nos. 17 and 18, the main documents should be unsealed, but the exhibits should remain under seal, with viewing restricted to the filing party and the Court). Additionally, the Clerk of Court is directed to **seal** ECF No. 11 (that is, to change the viewing restrictions to the filing party and the Court). Finally, Plaintiff shall file an unsealed copy of the Complaint, without Schedule A attached, **by January 11, 2023**.

       Additionally, Plaintiff's motion for enlarged page limits, ECF No. 7, is GRANTED *nunc pro tunc*.

       The Clerk of Court is directed to terminate ECF Nos. 3 and 7.

       SO ORDERED.

Dated: January 9, 2023
      New York, New York
                                                   _____
                                                       JESSE M. FURMAN
                                                 United States District Judge