```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
HAIRU MA,                                                         :
                                                                  :
                                                                  :
                    Plaintiff,                                    :
                                                                  :           22-CV-10784 (JMF)
         -v-                                                      :
                                                                  :               ORDER
                                                                  :
THE INDIVIDUALS, CORPORATIONS, LIMITED                            :
LIABILITY COMPANIES, PARTNERSHIPS, AND                            :
UNINCORPORATED ASSOCIATIONS IDENTIFIED                            :
ON SCHEDULE A HERETO,                                             :
                                                                  :
                    Defendants.                                   :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- The Temporary Restraining Order in this case is extended to **March 24, 2023**, as the Court finds, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, good cause exists, namely to give Plaintiff additional time to serve Defendants.

- The Court will hold a preliminary injunction hearing on **March 24, 2023**, at **11:30 a.m.**  The hearing will take place remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, no later than 24 hours before the conference, to send a **single, joint** email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

- Defendants shall file any opposition to the motion for a preliminary injunction by **March 21, 2023**, at **5:00 p.m.**  Plaintiff shall file a new proposed preliminary injunction order by **March 23, 2023**, at **noon**.

- Absent a settlement, Plaintiff's reply to the opposition papers filed at ECF No. 40 is

due by **March 17, 2023**.

- Plaintiff shall serve a copy of this Order on all Defendants, in accordance with the means of service authorized by the TRO, *see* ECF No. 37, ¶ 8, within **one business day** and file proof of such service within **two business days**.

- Plaintiff shall promptly move to unseal all papers previously filed under seal unless there is a basis to keep them sealed.

SO ORDERED.

Dated: March 10, 2023  
New York, New York

_____  
JESSE M. FURMAN  
United States District Judge