UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
HAIRU MA,                                                               :
:
Plaintiff,                                      :
:                   22-CV-10784 (JMF)
-v-                                                  :
:                   ORDER
:
THE INDIVIDUALS, CORPORATIONS, LIMITED      :
LIABILITY COMPANIES, PARTNERSHIPS, AND      :
UNINCORPORATED ASSOCIATIONS IDENTIFIED      :
ON SCHEDULE A HERETO,                       :
:
Defendants.                                   :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 10, 2023 Order, ECF No. 45, Plaintiff was required to serve a copy of that Order on all Defendants and file proof of such service on the docket by March 14, 2023.  Additionally, Plaintiff was required to move to unseal every file on the docket that was previously filed under seal, unless there was a basis to keep the file sealed.  To date, Plaintiff has done neither.  As a courtesy, its deadlines to do so are EXTENDED, *nunc pro tunc*, to **March 16, 2023**.

      SO ORDERED.

Dated: March 15, 2023
       New York, New York
                                                          JESSE M. FURMAN
                                                    United States District Judge