UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
               :
HAIRU MA,               :
               :
          Plaintiff,     :
               :     22-CV-10784 (JMF)
   -v-           :
               :     ORDER
THE INDIVIDUALS, CORPORATIONS, LIMITED    :
LIABILITY COMPANIES, PARTNERSHIPS, AND    :
UNINCORPORATED ASSOCIATIONS IDENTIFIED   :
ON SCHEDULE A HERETO,    :
               :
          Defendants.   :
               :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's March 10, 2023 Order, Plaintiff was required, absent a settlement with Defendants yuytee, Alucy, xuuyuu, Pongnas, Sinbuy-us, Rotekt1740, ANGGREK K-US, WYANG, and Kireinaa ("Opposing Defendants"), to reply to Opposing Defendants' opposition brief, ECF No. 40, by March 17, 2023.  *See* ECF No. 45.  To date, Plaintiff has neither indicated that the parties settled nor filed a reply.  No later than **March 23, 2023**, at **5 p.m.**, Plaintiff shall update the Court as to their claims against Opposing Defendants.  Plaintiff is also reminded that its proposed preliminary injunction order is due by **March 23, 2023**, at **noon**.

       Additionally, Plaintiff's counsel seems to have misunderstood the Court's directive to "*move* to unseal every file on the docket that was previously filed under seal, unless there is a basis to keep [the file] sealed."  ECF No. 45 (emphasis added); *see also* ECF No. 46.  Plaintiff's counsel should not refile everything that was previously filed under seal; instead, Plaintiff's counsel should file a letter-motion on the docket identifying every document under seal (by docket number) and requesting that the Court unseal the documents.

       SO ORDERED.

Dated: March 22, 2023
       New York, New York
                                       _____
                                          JESSE M. FURMAN
                                        United States District Judge