

**Rosenbaum & Segall, P.C.**
AmazonSellersLawyer.com

780 Long Beach Blvd., Long Beach, NY 11561
**Phone:** 212-256-8499
**Skype/ WeChat:** AmazonSellersLawyer
www.AmazonSellersLawyer.com

March 22, 2023

Via ECF Only

The Honorable Jesse F. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10000

And

Clerk of the Court

> Most of the documents Plaintiff asks the Court to unseal are not under seal. Moreover, Plaintiff does not ask the Court to unseal most of the documents that are actually under seal, but provides no basis for why they should remain under seal. Upon review, the Court intends to unseal every document on the docket. If Plaintiff disagrees, it should be prepared to discuss at the hearing tomorrow each document that it believes should remain under seal, and why. The Clerk of Court is directed to terminate ECF No. 52.
>
> SO ORDERED.
>
> *[signature]*
>
> March 23, 2023

Re: *Hairu Ma v. The Individuals, Corps, et al on Schedule A*, Case No. 1:22-cv-10784

Dear Judge Furman and the Clerk of the Court:

We represent the Plaintiff in the above-referenced matter.

Pursuant to this Court's Order, entered today, ECF 51, the undersigned respectfully requests that each of the following docket entries be unsealed[1] per the Court's directive in ECF 51 wherein the Court directed as follows:

> Plaintiff's counsel should file a letter-motion on the docket identifying every document under seal (by docket number) and requesting that the Court unseal the documents.

Therefore, per ECF 51, the undersigned respectfully requests the following docket entries be unsealed: ECF 4, 8-13, 18, 30.

If this Honorable Court has any remaining instructions please let me know and we will immediately comply. We thank the Court for its time and attention to this matter.

Respectfully,

Cory J. Rosenbaum

---

[1] The undersigned's office attempted to direct the Clerk to unseal the relevant documents after the hearing on March 10, 2023, however, the Clerk advised that there was no order in the file, including ECF 45, which required them specifically to unseal.