UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAIRU MA,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Civil Action No. 1:22-CV-10784-JMF<br><br>Judge Jesse M. Furman |

### [PROPOSED] ORDER

This matter comes before the Court on "Plaintiff Hairu Ma's Unopposed Motion for Leave to Substitute and Memorandum of Law in Support" (the "Unopposed Motion") filed by Plaintiff Hairu Ma ("Plaintiff") at ECF No. 83.

The Court GRANTS the Unopposed Motion. Accordingly, the Joybuy Merchant Seller Defendants identified in Exhibit 1 to Plaintiff's Unopposed Motion for Leave to Substitute and Memorandum of Law in Support are substituted for Defendant No. 70, "Joybuy" and Defendant No. 71, "Joybuy Express" (collectively, "the Joybuy Marketplace Platform"). All Joybuy Merchant Seller Defendants identified in Exhibit 1 shall be restrained per the TRO and Preliminary Injunction previously ordered before this Court. The Joybuy Marketplace Platform is hereby dismissed with prejudice from this litigation.

It is so ORDERED.

The Clerk of Court is directed to (1) terminate Defendants Joybuy and Joybuy Express as parties; (2) add the parties listed at ECF No. 83-1 as defendants; and (3) terminate ECF No. 83.

July 27, 2023
Date

JUDGE JESSE M. FURMAN
UNITED STATES DISTRICT COURT JUDGE

1