UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAIRU MA,<br><br>                              Plaintiff,<br><br>-against-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>                              Defendants. | 22-CV-10784 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's May 17, 2023 Order, ECF No. 78, plaintiff was required to file a status update on service, the contents of which are described in the order, no later than November 17, 2023.  To date, plaintiff has not filed that update.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 28, 2023.**

SO ORDERED.

Dated: November 21, 2023
       New York, New York

                                                            _____
                                                              ARUN SUBRAMANIAN
                                                              United States District Judge