UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAIRU MA,<br><br>                     Plaintiff,<br><br>-against-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>                     Defendants. | 22-CV-10784 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The remaining parties in this action should meet and confer and submit a proposed Civil Case Management Plan and Scheduling Order no later than Friday, December 15, 2023. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is available at **https://nysd.uscourts.gov/hon-arun-subramanian**.

SO ORDERED.

Dated: December 11, 2023
       New York, New York

                                                    _____
                                                    ARUN SUBRAMANIAN
                                                    United States District Judge