UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAIRU MA,<br><br>                      Plaintiff,<br><br>-against-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>                      Defendants. | 22-CV-10784 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court has been advised that further information is needed to return the bond. Plaintiff should submit a proposed order for the release of the bond, containing the amount that should be disbursed, who is to receive the funds, and via what method the funds should be disbursed. If the plaintiff elects to receive the funds via check, it will need to provide the address of the payee. If the plaintiff elects to receive the funds via EFT, it will need to provide banking information to the Court's Finance unit.

      SO ORDERED.

Dated: January 24, 2024
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge