IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF NEW YORK

| | |
|---|---|
| HAIRU MA, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 22-cv-10784 |
| | ) |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**ORDER RELEASING FUNDS FROM COURT REGISTRY**

Per the Court's directive under DE 104, the Court further instructs the Clerk to release the bond herein, containing the amount of $10,000, to be disbursed via check to Counsel for the Plaintiff:

Rosenbaum & Segall, P.C.

780 Long Beach Blvd.,

Long Beach, NY 11561

**So ordered** this 8th day of February, 2024.

_____
Honorable Judge Arun Subramanian