IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF NEW YORK

| | |
|---|---|
| HAIRU MA, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 22-cv-10784 |
| | ) |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## PROPOSED ORDER RELEASING FUNDS FROM COURT REGISTRY

The Court further instructs the Clerk to release the remaining bond herein, containing the additional amount of $10,000. The first order, per DE 104, only released $10,000 of the $20,000.00 bond that was being held per the Court Registry Receipt on January 20, 2023. The remaining bond is to be disbursed via check to Counsel for the Plaintiff:

Rosenbaum & Segall, P.C.

780 Long Beach Blvd.,

Long Beach, NY 11561

**So ordered** this 23 day of April, 2024.

The Clerk of Court is directed to transmit a copy of this order to the Finance unit.

_____
Honorable Judge Arun Subramanian